# EXHIBIT 5

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

August 15, 2006

**Re: Notice of Rescission by Anna M. Kielczewski of 78 Brightwood Ave., Providence, RI 02908; Loan Number: 0134481688; Closing Date: 09/22/2005**

To Whom It May Concern:

I represent Anna M. Kielczewski concerning the mortgage loan transaction she and her husband entered into with Ameriquest Mortgage Company on September 22, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Kielczewski was given incomplete and materially confusing notice of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Kielczewski's property located at 78 Brightwood Ave., Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Anna M. Kielczewski,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Anna M. Kielczewski