# EXHIBIT 6

AMERIQUEST®
MORTGAGE COMPANY

September 12, 2006

***Via Federal Express***

Christopher Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street
Pawtucket, Rhode Island 02862

| | | |
|---|---|---|
| ***Re:*** | ***Borrowers:*** | ***Frank Kielczewski and Anna M. Kielczewski*** |
| | ***Ameriquest Loan Number Ending In:*** | ***xxxxxx1688*** |
| | ***Property Address:*** | ***78 Brightwood Avenue<br>Providence, Rhode Island 02908*** |

Dear Mr. Lefebvre:

This letter is in response to your correspondence we received on August 28, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi

Courtney Takahashi
Regulatory Response Analyst II
Ameriquest Mortgage Company

cc: Diane Tiberend, Esq.

1100 Town & Country Road, Suite 1200, Orange, CA 92868 • Phone (714) 541-9960 • Fax (714) 564-9639

EQUAL HOUSING LENDER